UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

---

UNITED STATES OF AMERICA,

                       Plaintiff,

-against-

        Donald Medley

                     Defendant.

Case No.: 02 MJ 00177 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 21 day of October, 2021
Poughkeepsie, New York